Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Caitlin Baunsgard
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 2 0 2022

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANDY COY JAMES HOLMES, and<br>WILLIAM HUNTINGTON BURNS,<br><br>Defendants. | 2:21-CR-164-TOR<br><br>SUPERSEDING INDICTMENT<br><br>18 U.S.C. § 111(a)(1), (b),<br>Assault with Deadly Weapon on a<br>Federal Law Enforcement Officer<br>(Count 1)<br><br>18 U.S.C. § 924(c)(1)(A)(iii)<br>Discharge of a Firearm During and in<br>Relation to a Crime of Violence<br>(Count 2)<br><br>18 U.S.C. §§ 922(g)(1), 924(a)(2)<br>Felon in Possession of a Firearm<br>(Count 3)<br><br>18 U.S.C. §§ 922(d), 924(a)(2)<br>Transfer of Firearm to a Prohibited<br>Person<br>(Count 4)<br><br>18 U.S.C. § 924, 28 U.S.C. § 2461<br>Forfeiture Allegations |

SUPERSEDING INDICTMENT - 1

The Grand Jury charges:

## COUNT 1

On or about November 5, 2021, in the Eastern District of Washington, the Defendant, RANDY COY JAMES HOLMES, did intentionally and forcibly assault and inflict bodily injury upon A.J., a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, by means and use of a deadly and dangerous weapon, that is, a Glock Model 17 9mm semi-automatic handgun bearing serial number BHBR218, while he was engaged in and on account of, the performance of his official duties, in violation of 18 U.S.C. § 111(b).

## COUNT 2

On or about November 5, 2021, in the Eastern District of Washington, the Defendant, RANDY COY JAMES HOLMES, did knowingly discharge and use a firearm, the is a Glock Model 17 9mm semi-automatic handgun bearing serial number BHBR218, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: Assault with a Deadly Weapon on a Federal Law Enforcement Officer, to wit: A.J., as charged in Count 1, in violation of 18 U.S.C. § 111(a)(1), (b); all in violation of 18 U.S.C. § 924(c)(1)(A)(iii).

## COUNT 3

On or about November 5, 2021, in the Eastern District of Washington, the Defendant, RANDY COY JAMES HOLMES, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one

SUPERSEDING INDICTMENT - 2

year, did knowingly possess in and affecting commerce, a firearm, to wit: a Glock Model 17 9mm semi-automatic handgun bearing serial number BHBR218, which firearm had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).

COUNT 4

On or about November 5, 2021, in the Eastern District of Washington, the Defendant, WILLIAM HUNTINGTON BURNS, knowingingly loaned a firearm, that is, a Glock Model 17 9mm semi-automatic handgun bearing serial number BHBR218, to Randy Coy James Holmes, knowing or having reasonable cause to believe that Randy Coy James Holmes had been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of 18 U.S.C. §§ 922(d), 924(a)(2).

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Superseding Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 924(c)(1)(a)(iii) and/or 18 U.S.C. § 922(g)(1), and/or 18 U.S.C. §§ 922(d), 924(a)(2), as set forth in this Superseding Indictment, Defendants, RANDY COY JAMES HOLMES, and WILLIAM HUNTINGTON BURNS shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense(s), including, but not limited to:

SUPERSEDING INDICTMENT - 3

Defendant RANDY COY JAMES HOLMES (Counts 2 and 3)

a Glock Model 17 9mm semi-automatic handgun bearing serial number BHBR218

Defendant WILLIAM HUNTINGTON BURNS (Count 4)

a Glock Model 17 9mm semi-automatic handgun bearing serial number BHBR218

Dated: September 20th, 2022.



_Vanessa R. Waldref_
Vanessa R. Waldref
United States Attorney

_Caitlin Baunsgard_
Caitlin Baunsgard
Assistant United States Attorney

SUPERSEDING INDICTMENT - 4